**DISMISSED and Opinion Filed December 8, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-22-01234-CV**

_____

**IN RE TARA MCDANIEL, Relator**

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-07909**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Goldstein

On November 17, 2022, relator filed a petition for writ of mandamus. Relator's petition was not supported by an appendix or record as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(k), 52.7. Relator's petition, however, referred to exhibits and a reporter's record, and it included a table of contents for an appendix.

On December 1, 2022, we ordered relator to file an appendix and any record in accordance with the Texas Rules of Appellate Procedure by December 7, 2022. We cautioned relator that a failure to file the appendix and record as ordered by this Court will result in the dismissal of this cause without further notice.

On December 6, 2022, relator filed a copy of a reporter's record from an August 26, 2022 hearing.[1] But relator otherwise failed to file an appendix or record as ordered by this Court, and relator's petition has been pending for three weeks.

Accordingly, because relator has not filed an appendix or record in accordance with the Texas Rules of Appellate Procedure as ordered by this Court, we dismiss these original proceedings. *See* TEX. R. APP. P. 42.3(c), 52.8(a).

221234f.p05

/Bonnie Lee Goldstein//
BONNIE LEE GOLDSTEIN
JUSTICE

---

[1] We note that the copy of the reporter's record that relator filed is annotated with numerous embedded comments that contain multiple profane statements.